IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4-20CR-021-Y |
| CHESTER DEVIN LEBAN (01) | |

## INFORMATION

The United States Attorney Charges:

### Count One
Sexual Exploitation of Children
(Violation of 18 U.S.C. §§ 2251(a) and 2)

On or about November 15, 2017, in the Fort Worth Division of the Northern District of Texas, and elsewhere, the defendant **Chester Devin Leban**, and Emily Sarah Conner not named defendant herein, did knowingly use a minor, "MV1," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and the visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce.

Information – Page 1

Specifically, **Leban** and Conner produced the following visual depiction of a minor engaged in sexually explicit conduct that was actually transported and transmitted via the Internet:

| File Designation | File Description |
| --- | --- |
| 20171115_094219.mp4 | This video file, which is approximately 29 seconds, depicts **Conner's** mouth on the nude genital region of MV1, an infant. A black male's abdomen behind **Conner**, who is nude, is seen in the video and a male voice can be heard saying, "Do you want me to do something to her?" |

In violation of 18 U.S.C. §§ 2251(a) and 2.

ERIN NEALY COX
UNITED STATES ATTORNEY

*/s/ Aisha Saleem*

AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
E-mail: Aisha.Saleem@usdoj.gov